**Arthur O. ARMSTRONG, Plaintiff–Appellant,**

v.

**William L. OSTEEN, Defendant–Appellee.**

No. 00–2519.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 13, 2001.

Arthur O. Armstrong, pro se.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Arthur O. Armstrong appeals the district court's order denying his motion for leave to file a complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Armstrong v. Osteen,* No. MISC–00–108–1 (M.D.N.C. Nov. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*